Henry Lee, Respondent, v. Frederick Lavigne, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Frank W. Molloy, Plaintiff, v. Village of Briarcliff Manor, Defendant. — Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Tony Sorrentino, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Clinton T. Roe, Plaintiff, v. Revonah Realty Company and Others, Defendants.— Motion denied, upon condition that the appellant perfect its appeal, place the case upon the calendar for January, 1914, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Matilda Rumetsch, Respondent, v. John Wanamaker, New York, Inc., Appellant.— Motion to resettle order granted. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Barnet Shapiro, Appellant, v. Theodore Aubke, Respondent.— The court is advised that a settlement has been made, and the motion is granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

John Tierney, Respondent, v. Pittsburgh Contracting Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

James Walsh, Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

C. Ludwig Baumann & Company, Brooklyn, Appellant, v. Amelia Baumann and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Alberto H. Caffee, Appellant, v. A. R. Sax Lumber Company, Respondent.— Judgment and order affirmed, with costs, on the authority of *Caffee* v. *Sax Lumber Co.* (139 App. Div. 746). Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Frederick W. Carruthers, Jr., Respondent, v. Walter Wainwright and Frederick Waldhauer, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, for error in receiving testimony of conversations between Sloane and Huber in defendants' absence. Burr, Thomas, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not voting.

Frederick J. Elmiger, Respondent, v. New York and Queens County Railway Company, Appellant.— Order reversed, and verdict for defendant unanimously reinstated, with costs. Plaintiff was not corroborated as to the alleged violent starting of the car as he was stepping on the rear platform. No one else seems to have seen or felt the "terrific force" which